UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
NIKICA SAU,

                      Plaintiff,

- against -


HOME DEPOT U.S.A., INC.,

                      Defendant.

------------------------------------------------------------------X

Docket No.: 17-cv-00095

**NOTICE OF APPEARANCE**

**TO:** The Clerk of the Court and all parties of record.

    **PLEASE TAKE NOTICE**, that I, MICHAEL C. O'MALLEY, ESQ, am admitted to practice in this Court and I appear in the above-captioned action as Counsel and attorneys for plaintiff Nikica Sau.

    **PLEASE TAKE FURTHER NOTICE,** that all pleadings, notices, exchanges, disclosures, etc., and all correspondence relating to this action must also be served upon DELL & DEAN, PLLC.

Dated: Garden City, NY
         February 2, 2017

                                                  Yours, etc,

                                                _____
                                                Joseph G. Dell, Esq.(JD-7315)
                                                Michael C. O'Malley (MO-0317)
                                                DELL & DEAN, PLLC
                                                Attorney for Plaintiff
                                                Nikica Sau
                                                1225 Franklin Avenue
                                                Suite 450
                                                Garden City, NY 11530
                                                (516) 880-9700

TO:

D'AMATO & LYNCH, LLP
Attorney for Defendant(s)
HOME DEPOT USA INC.
Two World Financial Center
225 Liberty Street
New York, NY 10281
Telephone: (212) 269-0927
Facsimile (212) 269-3559
Email: mle@damato-lynch.com
      swillig@damato-lynch.com

2